594

456 A.2d 666

PGH. Outdoor Advertising v. Model Coat, etc., Appellant.
Reargument Denied March 21, 1983.

Argued March 17, 1982. Charles F. Bennett, Jr., for appellant; E.G. Shoemaker, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of court of April 17, 1980 is affirmed.

455 A.2d 192

Schulter v. Steffish, Jr., Appellant.
Petition for Allowance of Appeal
Denied April 15, 1983.

Argued March 15, 1982. George John Steffish, III, for appellant; Silvio P. Cerchie, for appellees.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the trial court is affirmed.

SPAETH, J., concurred in the result.